## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRENDA KERCADO,

     Plaintiff,                                CASE NO.

v.

SALLIE MAE, INC.

     Defendant.

_____/

### VERIFIED COMPLAINT

COMES NOW the Plaintiff, BRENDA KERCADO ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, SALLIE MAE, INC. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Florida personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Orlando, Orange County, Florida.

6. Defendant is a business entity with its principal place of business at 12061 Bluemont Way, Reston, VA  20190.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (407) 716-17XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 317-348-9960, 800-722-1300, 302-283-4045, 317-595-1242, 317-595-1244, 302-283-4047, 585-237-7878, and 513-605-7539

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On September 30, 2013 at approximately 11:03 A.M. Eastern Time, Plaintiff placed a call to Defendant at 302-283-4041 and spoke with Defendant's representative, "Kevin," employee identification number P40.

13. In the course of the telephone conversation on September 30, 2013, Plaintiff requested that Defendant cease placing collection calls to her cell phone and requested that Defendant correspond in writing only.

14. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on September 30, 2013.

15. Despite Plaintiff's request to cease, Defendant placed at least three hundred and forty-one (341) automated collection calls to Plaintiff.

16. Specifically, Defendant called Plaintiff as follows:

- October 7, 2013: one (1) call at 5:44pm;
- October 8, 2013: one (1) call at 8:47pm;
- October 9, 2013: one (1) call at 6:20pm;
- October 10, 2013: two (2) calls at 5:36pm and 8:21pm;
- October 11, 2013: one (1) call at  5:31pm;
- October 12, 2013: one (1) call at 2:51pm;
- October 13, 2013: one (1) call at 3:15pm;
- October 14, 2013: one (1) call at 5:32pm;
- October 15, 2013: one (1) call at 2:23pm;
- October 16, 2013: one (1) call at 6:10pm;
- October 17, 2013: one (1) call at 8:14pm;
- October 18, 2013: two (2) calls at 5:21pm and 5:21pm;
- October 19, 2013: two (2) calls at 10:51am and 2:43pm;
- October 20, 2013: one (1) call at 7:02pm;
- October 21, 2013: two (2) calls at 5:19pm and 5:19pm
- October 22, 2013: one (1) call at 8:35pm;
- October 23, 2013: two (2) calls at 12:12pm and 5:52pm;

- October 24, 2013: two (2) calls at 3:22pm and 8:06pm;

- October 25, 2013: two (2) call at 5:06pm and 8:19pm;

- October 26, 2013: two (2) calls at 8:54am and 2:32pm;

- October 27, 2013: one (1) call at 2:45pm;

- October 28, 2013: one (1) call at 5:08pm;

- October 29, 2013: two (2) calls at 12:30pm and 8:26pm;

- October 30, 2013: one (1) call at 5:41pm;

- October 31, 2013: one (1) call at 8:21pm;

- November 2, 2013: two (2) calls at 2:44pm and 10:21pm;

- November 3, 2013: two (2) calls at 4:47pm and 5:09pm;

- November 4, 2013: two (2) calls at 8:34am and 4:34pm;

- November 5, 2013: two (2) calls at 6:53pm and 8:38pm;

- November 6, 2013: two (2) calls at 8:48am and 9:57am;

- November 7, 2013: four (4) calls at 8:41am, 11:40am, 2:04pm and 8:35pm;

- November 8, 2013: three (3) calls at 8:33am, 12:46pm and 4:28pm;

- November 9, 2013: two (2) calls at 8:22am and 2:40pm;

- November 10, 2013: two (2) calls at 12:53pm and 4:42pm;

- November 11, 2013: two (2) calls at 10:44am and 4:33pm;

- November 12, 2013: two (2) calls at 10:46am and 8:31pm;

- November 13, 2013: three (3) calls at 8:53am, 11:34am and12:45pm;

- November 14, 2013: four (4) calls at 8:47am, 11:44am, 2:37pm and 8:30pm;

- November 15, 2013: three (3) calls at 8:29am, 4:22pm and 7:59pm;

- November 16, 2013: three (3) calls at 8:40am, 8:57am and 2:32pm;

- November 17, 2013: two (2) calls at 4:35pm and 8:34pm;

- November 18, 2013: one (1) call at 12:48pm;

- November 19, 2013: one (1) call at 8:22pm;

- November 20, 2013: three (3) calls at 8:41am, 10:48am and 11:05am;

- November 21, 2013: five (5) calls at  8:45am, 1:57pm, 2:42pm, 4:04pm and 8:22pm;

- November 22, 2013: three (3) calls at 10:31am, 1:07pm and 4:16pm;

- November 23, 2013: three (3) calls at 8:19am, 10:51am and 2:24pm;

- November 24, 2013: one (1) call at 4:27pm;

- November 25, 2013: three (3) calls at 10:32am, 2:24pm and 4:20pm;

- November 26, 2013: four (4) calls at 10:39am, 1:46pm, 3:28pm and 8:09pm;

- November 27, 2013: four (4) calls at 8:42am, 12:58pm, 1:33pm and 4:09pm;

- November 28, 2013: two (2) calls at 8:26am and 8:20pm;

- November 29, 2013: four (4) calls at 8:42am, 10:38am, 1:30pm and 1:59pm;

- November 30, 2013: three (3) calls at 8:49am, 12:55pm and 7:17pm;

- December 2, 2013: three (3) calls at 8:55am, 10:14am and 4:08pm;

- December 4, 2013: three (3) calls at 10:03am, 10:39am and 4:01pm;

- December 5, 2013: three (3) calls at 8:27am, 12:46pm and 7:49pm;

- December 6, 2013: five (5) calls at  8:30am, 8:36am, 1:30pm, 3:59pm and 6:14pm;

- December 7, 2013: two (2) calls at 8:40am and 2:02pm;

- December 8, 2013: two (2) calls at 2:04pm and 4:34pm;

- December 9, 2013: two (2) calls at 8:52am  and 3:55pm;

- December 10, 2013: five (5) calls at 10:49am, 1:18pm, 3:42am, 5:45am and 7:12am;

- December 11, 2013: three (3) calls at 8:53am, 10:55am and 11:08am;

- December 12, 2013: five (5) calls at 8:21am, 12:49am, 1:23pm, 3:21pm and 7:37am;

- December 13, 2013: six (6) calls at 8:24am, 8:36am, 11:58am, 1:53am, 4:02pm and 6:38am;

- December 14, 2013: two (2) calls at 8:19am, and 2:09pm;

- December 15, 2013: one (1) call at 2:11pm;

- December 16, 2013: three (3) calls at 8:47am, 12:38pm and 4:05pm;

- December 17, 2013: four (4) calls at 8:58am, 12:31pm, 2:14pm and 7:21pm;

- December 18, 2013: four (4) calls at 8:17am, 8:33am, 1:51pm and 5:54pm;

- December 19, 2013: three (3) calls at 8:27am, 3:24pm and 7:55pm;

- December 20, 2013: four (4) calls at 8:43am, 9:29am, 12:11pm and 3:43pm;

- December 21, 2013: two (2) calls at 8:12am, and 1:39pm;

- December 22, 2013: two (2) calls at 11:43am, and 1:39pm;

- December 23, 2013: three (3) calls at 8:33am, 12:43pm and 3:39pm;

- December 26, 2013: six (6) calls at 8:16am, 8:28am, 12:17pm, 2:55pm 5:30pm and 7:02pm;

- December 27, 2013: four (4) calls at 8:25am, 10:46am, 11:54am and 3:35pm;

- December 28, 2013: three (3) calls at 8:11am, 11:47am and 2:02pm;

- December 29, 2013: one (1) call at 2:07pm;

- December 30, 2013: five (5) calls at 8:20am, 8:41am, 1:14pm, 3:48pm and 7:16pm;

- December 31, 2013: four (4) calls at 9:29am, 12:32pm, 3:26pm and 4:30pm;

- January 2, 2014: eight (8) calls at 8:42am, 12:47pm, 2:05pm, 2:11pm, 3:44pm, 5:18pm, 6:27pm and 7:40pm;

- January 3, 2014: three (3) calls at 8:17am, 12:00pm and 4:54pm;

- January 4, 2014: two (2) calls at 9:16am and 3:03pm;

- January 5, 2014: two (2) calls at 11:44am and 3:04pm;

- January 6, 2014: one (1) call at 5:04pm;

- January 8, 2014: four (4) calls at 8:21am, 9:42am, 12:36pm and 4:49pm;

- January 9, 2014: six (6) calls at 8:12am, 1:17pm 1:35pm, 2:42pm, 4:47pm and 6:34pm;

- January 10, 2014: four (4) calls at 8:33am, 10:02am, 12:44pm and 3:56pm;

- January 11, 2014: one (1) call at 2:03pm;

- January 12, 2014: two (2) calls at 2:54pm and 3:20pm;

- January 13, 2014: three (3) calls at 8:31am, 12:39pm and 3:46pm;

- January 14, 2014: five (5) calls at 8:21am, 8:31am, 2:22pm, 4:41pm and 6:16pm;

- January 15, 2014: three (3) calls at 8:42am, 12:37pm and 3:44pm;

- January 16, 2014: three (3) calls at 8:16am, 12:29pm and 2:28pm;

- January 17, 2014: two (2) calls at 8:25am, and 10:53am;

- January 18, 2014: two (2) calls at 8:27am and 1:45pm;

- January 19, 2014: two (2) calls at 11:32am and 2:19pm;

- January 20, 2014: two (2) calls at 8:34am and 3:49pm;

- January 21, 2014: six (6) calls at 8:41am, 12:28pm, 2:51pm, 5:33pm, 5:44pm, 7:27pm;

- January 22, 2014: three (3) calls at 8:24am, 12:18pm, 3:42pm;

- January 23, 2014: seven (7) calls at 8:20am, 12:24pm, 1:16pm, 2:21pm, 4:51pm, 6:23pm, 8:13pm;

- January 24, 2014: four (4) calls at 8:16am, 8:24am, 12:36pm, 3:38pm;

- January 25, 2014: two (2) calls at 8:14am, 1:43pm;

- January 26, 2014: one (1) call at 2:16pm;

- January 27, 2014: four (4) calls at 8:24am, 8:35am, 12:43pm, 3:42pm;

- January 28, 2014: nine (9) calls at 8:17am, 9:40am, 11:27am, 12:20am, 2:48pm, 4:16pm, 4:34pm, 6:19pm, 7:34pm;

- January 29, 2014: five (5) calls at 8:33am, 10:36am, 12:32pm, 3:33pm, 6:00pm;

- January 30, 2014: seven (7) calls at 8:22am, 9:03am, 12:29pm, 2:45pm, 4:21pm, 6:21pm, 7:38pm;

- January 31, 2014: five (5) calls at 8:05am, 8:19am, 12:44pm, 12:55pm, 5:26pm;

- February 1, 2014: one (1) call at 9:56am,

- February 2, 2014: one (1) call at 1:26pm;

- February 3, 2014: three (3) calls at 8:06am, 12:15pm, 7:07pm;

- February 4, 2014: four (4) calls at 8:20am, 11:58am, 4:42pm, 8:32pm;

- February 5, 2014: one (1) call at 6:13pm;

- February 6, 2014: two (2) calls at 10:18am, 6:05pm;

- February 7, 2014: two (2) calls at 8:04am, 1:35pm;

- February 8, 2014: two (2) calls at 10:16am, 1:45pm;

- February 9, 2014: one (1) call at 1:14pm;

- February 10, 2014: three (3) calls at 8:27am, 12:22pm, 7:03pm;

- February 11, 2014: four (4) calls at 8:25am, 11:57am, 4:38pm, 8:44pm;

- February 12, 2014: two (2) calls at 10:22am, 5:57pm;

- February 13, 2014: three (3) calls at 8:55am, 3:22pm, 6:21pm;

- February 14, 2014: three (3) calls at 8:05am, 12:22pm, 5:42pm.

**COUNT I**
**DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT**

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, BRENDA KERCADO, respectfully requests judgment be entered against Defendant, SALLIE MAE, INC. for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone:  (323) 988-2400 ext. 267
Fax:    (866) 802-0021
Attorney for Plaintiff
FBN: 0882461