UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRENDA KERCADO,**

       Plaintiff,

v.                                    Case No:  6:14-cv-371-Orl-37DAB

**SALLIE MAE, INC.,**

       Defendant.

## ORDER

This cause is before the Court on the parties' Joint Motion to Stay and Refer Matter to Arbitration (Doc. 14), filed April 30, 2014.  This motion is due to be granted.  Accordingly, it is

**ORDERED:**

1. These proceedings are **STAYED** and the Clerk is directed to administratively close this case.

2. On or before November 7, 2014, and every six (6) months thereafter, Plaintiff is **DIRECTED** to provide a status report regarding the arbitration proceedings in this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 5th day of May, 2014.

ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record