# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRENDA KERCADO,

        Plaintiff,

                                    Case No. 6:14-cv-00371-RBD-DAB

v.

SALLIE MAE, INC.,

        Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Sallie Mae, Inc., and Brenda Kercado, file this joint stipulation of voluntary dismissal with prejudice and state that the parties dismiss with prejudice all claims against each other. Each party is to bear its own fees and costs.

Dated this 23rd December 2014.

| | |
|---|---|
| /s/ Shireen Hormozdi | /s/ Rachel A. Morris |
| Shireen Hormozdi, Esq. | Rachel A. Morris, Esq. |
| Florida Bar No. 0882461 | Florida Bar No.: 0658464 |
| Krohn & Moss Ltd. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Suite 401 | 3350 Buschwood Park Drive, Suite 195 |
| 10474 Santa Monica Blvd. | Tampa, FL 33618 |
| Los Angeles, CA 90025 | Tele: (813) 890-2469; |
| Tele: (323) 988-2400, ext. 267 | Fax: (866) 466-3140 |
| Fax: (866) 802-0021 | ramorris@sessions-law.biz |
| shormozdi@consumerlawcenter.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant,* |
| | *Sallie Mae, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of December 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic system, including plaintiff's counsel as described below:

Shireen Hormozdi, Esq.<br>
Krohm & Moss Ltd.<br>
Suite 401<br>
10474 Santa Monica Blvd.<br>
Los Angeles, CA 90025<br>
shormozdi@consumerlawcenter.com

/s/ Rachel A. Morris
Attorney